# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135290

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARY MARGARET McCABE,
     Plaintiff-Appellant,

v

MILLER & ASSOCIATES, L.L.P., IMHOFF &
ASSOCIATES, P.C., and MITCHELL H.
NELSON,
     Defendants-Appellees.

SC: 135290
COA: 275498
Oakland CC: 05-070747-NM

_____/

     On order of the Court, the application for leave to appeal the October 9, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

0211

_____
Clerk